NUMBER13-06-688-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


ROLANDO MARTINEZ CALDERONI, Appellant,


v.



MARIO R. VILLARREAL, ET AL. Appellees.

_______________________________________________________


On appeal from the 357th District Court


of Cameron County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam



 Appellant, ROLANDO MARTINEZ CALDERONI, perfected an appeal from a
judgment entered by the 357th District Court of Cameron County, Texas, in cause number
2004-10-4976-E. The clerk's record was filed on June 4, 2007, and a supplemental clerk's
record was filed on June 14, 2007. No reporter's record was filed. Appellant's brief was
due on July 16, 2007. To date, no appellate brief has been received.

 When the appellant has failed to file a brief in the time prescribed, the Court may
dismiss the appeal for want of prosecution, unless the appellant reasonably explains the
failure and the appellee is not significantly injured by the appellant's failure to timely file a
brief. Tex. R. App. P. 38.8(a)(1).

 On August 6, 2007, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten days to explain
why the cause should not be dismissed for failure to file a brief. To date, no response has
been received from appellant. Appellees have filed a motion to dismiss the appeal.

 The Court, having examined and fully considered the documents on file, appellant's
failure to file a proper appellate brief, this Court's notice, appellant's failure to respond, and
appellees' motion to dismiss the appeal, is of the opinion that the appeal should be
dismissed. Appellees' motion to dismiss the appeal is GRANTED, and the appeal is
hereby DISMISSED.

 PER CURIAM


Memorandum Opinion delivered and filed

this the 4th day of October, 2007